# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SARETHA LAND, | ) CASE NO. 1:23-cv-00453 |
| *Plaintiff,* | ) JUDGE J. PHILIP CALABRESE |
| v. | ) |
| | ) **JOINT MOTION TO CONTINUE CASE** |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC. | ) **MANAGEMENT CONFERENCE** |
| *Defendant.* | ) |

Plaintiff, Saretha Land and Defendant University Hospitals Health Systems, Inc., by and through undersigned counsel, and pursuant to the Court's Rule 26(f) Order, hereby jointly move this Honorable Court for a continuance of the Case Management Conference, currently scheduled for April 17, 2023. The parties have had preliminary discussions about the case and have set a framework for gathering and producing robust initial disclosures, as preferred by the Court. However, both parties believe that it will take additional time to gather and produce the required information and documents, and therefore, are requesting that the Case Management Conference be reset for a date in mid-late May 2023. This additional time would also allow the parties to more fully explore settlement discussions, which are presently ongoing.

Dated: 3/30/2023

By: */s/ Fred M. Bean*
Fred M. Bean (0086756)
**The Spitz Law Firm, LLC**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Fred.Bean@SpitzLawFirm.com

*Counsel for Plaintiff*

Dated: 3/30/2023

By: */s/ David A Campbell (via email consent)*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
**Lewis Brisbois Bisgaard & Smith, LLP**
1375 E. 9th Street
Suite 2250
Cleveland, OH 44114
Phone: (216) 298-1262
Fax:    (216) 344-9421
david.a.campbell@lewisbrisbois.com
donald.slezak@lewisbrisbois.com

*Counsel for Defendant*